

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

TAI L FRANCE

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

MAYOR ERIC ADAMS, Commissioner EDWARD CABAN, CITY OF NEW YORK, OFFICER BRANDON MARCH, OFFICER BRIAN KAET

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

       25-5658

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial:    ☐ Yes  ☐ No
         *(check one)*



RECEIVED
OCT 08 2025
PRO SE OFFICE

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

REC'D IN PRO SE OFFICE
OCT 8 '25 PM 4:09

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | TAI L. FRANCE |
| Street Address | 1544 PARK PLACE APT # 2I |
| City and County | BROOKLYN        KINGS |
| State and Zip Code | NEW YORK      11213 |
| Telephone Number | (516) 376 - 7402 |
| E-mail Address | poshlifeacquisitionsllc@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | ERIC L ADAMS |
| Job or Title (if known) | MAYOR |
| Street Address | 100 CHURCH STREET  5th FLOOR |
| City and County | MANHATTAN     NEW YORK COUNTY |
| State and Zip Code | NEW YORK      10007 |
| Telephone Number | 212 356 - 1000 |
| E-mail Address (if known) | ServiceECF@law.nyc.gov |

Defendant No. 2

Name    EDWARD CABAN

Job or Title    FORMER COMMISSIONER (NYPD)
(if known)

Street Address    100 CHURCH STREET 5th FLOOR

City and County    MANHATTAN    NEW YORK COUNTY

State and Zip Code    NEW YORK    10007

Telephone Number    (212) 356-1000

E-mail Address    ServeECF@law.nyc.gov
(if known)


Defendant No. 3

Name    BRIAN KALT

Job or Title    NEW YORK CITY POLICE OFFICER
(if known)

Street Address    100 CHURCH STREET (OFFICE OF THE CORPORATION COUNSEL)

City and County    MANHATTAN    NEW YORK COUNTY

State and Zip Code    NEW YORK    10007

Telephone Number    (212) 356-1000

E-mail Address    ServiceECF@law.nyc.gov
(if known)


Defendant No. 4

Name    BRANDON MARCH

Job or Title    NEW YORK CITY POLICE OFFICER
(if known)

Street Address    100 CHURCH STREET (OFFICE OF THE CORPORATION COUNSEL)

City and County    manhattan    NEW YORK COUNTY

State and Zip Code    NEW YORK    10007

Telephone Number    (212) 356-1000

E-mail Address    ServiceECF@law.nyc.gov
(if known)

3

DEFENDANT No. 5

NAME

JOB OR TITLE

STREET ADDRESS

CITY AND COUNTY

STATE AND ZIP CODE

TELEPHONE NUMBER

Email Address
  (IF KNOWN)

CITY OF NEW YORK

NEW YORK CITY LAW DEPARTMENT

100 CHURCH STREET

NEW YORK          NEW YORK COUNTY

NEW YORK          10007

(212) 356 - 1000

Service ECF @ law.nyc.gov

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☑   State or local officials (a § 1983 claim)

☐   Federal officials (a *Bivens* claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

PLAINTIFFS FOURTH AND FOURTEENTH AMENDMENT RIGHTS WERE VIOLATED BY PERMITTING UNLAWFUL DETENTION, ASSAULT, AND FORCED PSYCHIATRIC EVALUATION, AND IS THEREFORE LIABLE UNDER 42 U.S.C § 1983

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A VIOLATED BY CITY/LOCAL OFFICIALS (4th & 14th AMENDMENT VIOLATIONS)

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

SEE ATTACHED COMPLAINT (FACTUAL ALLEGATIONS ¶ 4-12) THE INDIVIDUAL OFFICERS, ACTING UNDER THE COLOR OF LAW IN THEIR OFFICIAL CAPACITIES AS NYPD MEMBERS, UNLAWFULLY

4

CONTINUED II. BASIS FOR JURISDICTION

Section D. AND FORCIBLY SUBJECTED PLAINTIFF TO A PSYCHIATRIC EVALUATION, VIOLATING PLAINTIFF'S CONSTITUTIONAL RIGHTS. THE POLICE COMMISSIONER AND MAYOR, ACTING UNDER THE COLOR OF LAW IN THEIR OFFICIAL CAPACITIES, FAILED TO TRAIN, SUPERVISE, OR DISCIPLINE OFFICERS, ALLOWING THESE VIOLATIONS TO OCCUR, AND THE CITY OF NEW YORK IS THEREFORE LIABLE UNDER 42 U.S.C. § 1983.

III.    **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was
personally involved in the alleged wrongful action, along with the dates and locations of
all relevant events. You may wish to include further details such as the names of other
persons involved in the events giving rise to your claims. Do not cite any cases or
statutes. If more than one claim is asserted, number each claim and write a short and
plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

THE EVENT GIVING RISE TO MY CLAIM OCCURED
AT 1544 PARK PLACE APT #2I, BROOKLYN, NY 11213 (APARTMENT
DOORWAY, IN FRONT OF MY GOOGLE DOORBELL CAMERA

B.    What date and approximate time did the events giving rise to your claim(s) occur?

THE EVENT GIVING RISE TO MY CLAIM OCCURED ON
10/24/2022 AT OR AROUND 8:58 PM EST.

C.    What are the facts underlying your claim(s)? *(For example: What happened to*
*you? Who did what? Was anyone else involved? Who else saw what happened?)*

FOR DETAILS SEE ATTACHED COMPLAINT - DEFENDANTS
OFFICER BRIAN KADT AND OFFICER BRANDON MARCH UNLAWFULLY
DETAINED PLAINTIFF T. FRANCIS AND FORCIBLY SENT PLAINTIFF
FRANCIS TO UNDERGO A PSYCHOLOGICAL ASSESSMENT AT
INTERFAITH MEDICAL CENTER. THE ENTIRE EVENT OCCURED
IN FRONT OF MY DOORBELL CAMERA (GOOGLE DOORBELL)

**IV.    Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I ENDURED A PARTIAL TEAR TO MY ACHILLES TENDON, THE ASSAULT I ENDURED CAUSED REINJURY TO A NECK AND BACK IMPINGEMENT I HAVE WENT TO 64 WEEKS OF REHAB (PHYSICAL THERAPY) FOR PARTIAL TEAR ACHILLES INJURY AT THE RB PHYSICAL THERAPY PLLC. I AM ALSO UNDERGOING PAIN MANAGEMENT, SHOCKWAVE AND EMT TREATMENT AT AHAVA MEDICAL AND REHABILITATION URGENT CARE CENTER CURRENTLY.

**V.    Relief**

State briefly what you want the court to do for you.   Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims. PLEASE

PLAINTIFF RESPECTFULLY REQUESTS JUDGEMENT AGAINST THE DEFENDANTS FOR ACTUAL DAMAGES ARISING FROM THIS UNLAWFUL DETENTION, ASSAULT, AND FORCIBLE PSYCHIATRIC EVALUATION ON 10/24/22 IN THE AMOUNT OF $24,000,000.00, FOR MONETARY RELIEF FOR EMOTIONAL DISTRESS, PAIN, AND SUFFERING IN THE AMOUNT OF $30,000,000.00; AND FOR PUNITIVE DAMAGES IN THE AMOUNT OF $30,000,000.00 TO DETER FUTURE MISCONDUCT, TOGETHER WITH INTEREST AND ANY OTHER RELIEF THE COURT DEEMS JUST AND PROPER.

**VI.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

6

**A.**     **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: OCTOBER 8th, 20 25

Signature of Plaintiff _Tai France_

Printed Name of Plaintiff TAi L · FRANCE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

TAI L. FRANCE
       PLAINTIFF

V.

OFFICER BRANDON MARCH, IN HIS INDIVIDUAL CAPACITY;
OFFICER BRIAN KALT, IN HIS INDIVIDUAL CAPACITY;
POLICE COMMISSIONER EDWARD CABAN, IN OFFICIAL AND INDIVIDUAL CAPACITIES;
MAYOR ERIC ADAMS, IN OFFICIAL AND INDIVIDUAL CAPACITIES;
CITY OF NEW YORK,
       DEFENDANTS

CASE NO: 202301185

## INTRODUCTION

1. PLAINTIFF FRANCE WAS ASSAULTED AND UNLAWFULLY DETAINED BY NYPD OFFICERS [OFFICER MARCH AND OFFICER KALT], AND FORCIBLY SENT TO UNDERGO A PSYCHOLOGICAL ASSESSMENT DESPITE SHOWING NO SIGNS OF MENTAL ILLNESS OR NEED FOR PSYCHIATRIC CARE. WHILE ACTING UNDER COLOR OF LAW ON 10/24/2022.

2. THE CCRB DISMISSED PLAINTIFF'S COMPLAINT IN A BIASED AND ARBITRARY MANNER.

3. SENIOR OFFICIALS, INCLUDING THE POLICE COMMISSIONER AND MAYOR ADAMS, ALLOWED MISCONDUCT TO PERSIST AND PERMITTED THE COMMISSIONER TO RETIRE WITHOUT ACCOUNTABILITY.

4. PLAINTIFF SEEKS COMPENSATORY AND PUNITIVE DAMAGES, DECLARATORY JUDGMENT, AND INJUNCTIVE RELIEF FOR VIOLATIONS OF THE FOURTH AND FOURTEENTH AMENDMENTS.

## JURISDICTION & VENUE

- Jurisdiction: 28 U.S.C §§ 1331, 1343
- VENUE 28 U.S.C § 1391 (b), EVENTS OCCURRED IN BROOKLYN, NY

## PARTIES

- PLAINTIFF: TAI L FRANCE, BROOKLYN, NY
- OFFICERS MARCH & KALT: ASSAULTED AND UNLAWFULLY DETAINED PLAINTIFF FRANCE
- Commissioner Edward Caban: WAS RESPONSIBLE FOR CCRB AND NYPD OVERSIGHT, DURING THE COMMISSION OF MY CCRB INVESTIGATION OF THE INCIDENT.
- MAYOR ADAMS: SUPERVISED COMMISSIONER, ENSURES CONSTITIONAL GOVERNANCE
- City OF NEW YORK: RESPONSIBLE FOR NYPD/CCRB POLICIES

# FACTUAL ALLEGATIONS

- ASSAULT & UNLAWFUL DETENTION BY OFFICERS MARCH & KALT (VIDEO EVIDENCE EXISTS) WHILE ACTING UNDER COLOR OF LAW.

- FORCIBLY SENT TO UNDERGO A PSYCHOLOGICAL ASSESSMENT DESPITE HAVING NO MENTAL HEALTH ISSUES OR NEED FOR PSYCHIATRIC CARE ON OCTOBER 24th, 2022 AT OR AROUND 8:58 PM EST

- CCRB DISMISSED PLAINTIFF'S COMPLAINT IN A BIASED MANNER

- COMMISSIONER CABAN ALLOWED THIS OUTCOME; MAYOR A ALLOWED RETIREMENT WITHOUT ACCOUNTABILITY

- PLAINTIFF SUFFERED PHYSICAL, EMOTIONAL AND REPUTATIONAL HARM

## CLAIMS FOR RELIEF

COUNT I - EXCESSIVE FORCE, UNREASONABLE SEIZURE/DETAINMENT AND FORCIBLE PSYCHOLOGICAL ASSESSMENT (FOURTH AMENDMENT)

5. DEFENDANTS OFFICERS MARCH AND KALT VIOLATED PLAINTIFF'S FRANCIS FOURTH AMENDMENT RIGHTS BY:

- USING EXCESSIVE FORCE;

- UNLAWFUL DETAINING PLAINTIFF WITHOUT PROBABLE CAUSE;

- FORCIBLY SENDING PLAINTIFF TO A PSYCHOLOGICAL ASSESSMENT DESPITE PLAINTIFF HAVING NO MENTAL ILLNESS OR NEED FOR PSYCHIATRIC CARE, AND WITHOUT CONSENT; WHILE ACTING UNDER COLOR OF LAW.

6. THIS CONDUCT WAS OBJECTIVELY UNREASONABLE, MEDICALLY UNJUSTIFIED, AND COERCIVE.

7. PLAINTIFF FRANCE SUFFERED PHYSICAL, EMOTIONAL, AND REPUTATIONAL HARM AS A DIRECT AND PROXIMATE RESULT.

COUNT II - EQUAL PROTECTION (FOURTEENTH AMENDMENT)

8. DEFENDANTS' CONDUCT WAS MOTIVATED BY BIAS AND DEPRIVED PLAINTIFF OF EQUAL PROTECTION UNDER COLOR OF THE LAW.

COUNT III - DENIAL OF DUE PROCESS (FOURTEENTH AMENDMENT)

9. By allowing A BIASED CCRB PROCESS TO STAND AND COERCIVELY IMPOSING AN UNNECESSARY PSYCHOLOGICAL ASSESSMENT ON A MENTALLY HEALTHY INDIVIDUAL, Commissioner: Edward Caban AND THE CITY OF NEW YORK DEPRIVED PLAINTIFF OF AUTONOMY, MENTAL INTEGRITY, AND PROCEDURAL FAIRNESS.

COUNT IV - SUPERVISORY LIABILITY (Commissioner & Mayor)

10. Commissioner: Edward Caban AND Mayor Eric Adams, through deliberate INDIFFERENCE, FOSTERED A SYSTEM WHERE UNLAWFUL DETENTION, COERCED psychological ASSESSMENT, AND BIASED COMPLAINT HANDLING WENT UNCHECKED, DIRECTLY CONTRIBUTING TO PLAINTIFF'S FRANCE INJURIES.

COUNT V - MUNICIPAL LIABILITY (MONELL)

11. City OF NEW YORK MAINTAINED UNCONSTITUTIONAL CUSTOMS AND POLICIES, INCLUDING:
· ALLOWING BIASED CCRB PROCEDURES TO PERSIST;

PERMITTING COERCIVE AND MEDICALLY UNNECESSARY PSYCHOLOGICAL
ASSESSMENTS TO ACT UNDER COLOR OF LAW;

- FAILING TO DISCIPLINE OFFICERS
  ALLOWING SENIOR OFFICIALS TO RETIRE WITHOUT ACCOUNTABILITY;
  FOSTER A CULTURE OF IMPUNITY ENABLING UNLAWFUL
  DETENTION AND COERCIVE ASSESSMENTS.

## PRAYER FOR RELIEF

PLAINTIFF RESPECTFULLY REQUESTS THAT THIS COURT:

- AWARD COMPENSATORY AND PUNITIVE DAMAGES FOR PHYSICAL,
  EMOTIONAL, AND CONSTITUTIONAL HARMS, INCLUDING COERCED
  PSYCHOLOGICAL ASSESSMENT OF A MENTALLY HEALTHY INDIVIDUAL;

- DECLARE THAT DEFENDANTS' ACTIONS VIOLATED THE FOURTH
  AND FOURTEENTH AMENDMENTS;

- ENJOIN THE CITY OF NEW YORK FROM CONTINUING UNCONSTITUTIONAL
  CCRB AND NYPD DISCIPLINARY PRACTICES;

- AWARD ATTORNEYS' FEES AND COSTS UNDER 42 U.S.C § 1988;

- GRANT ANY OTHER RELIEF THE COURT DEEMS JUST AND PROPER.

DATED: 10/ /2025

SIGNATURE: Tai France

TAI L. FRANCE, PRO SE
1544 PARK PLACE APT #2I, BROOKLYN, NY 11213
516-376-7402
pdshlifeacquisitionsllc@gmail.com

Tai L France
Plaintiff,

V.

Officer Brian Kalt in his individual capacity;
Officer Brandon March, in his individual capacity;
Commissioner Edward Caban, in his official and individual capacities;
Mayor Eric Adams, in his official and individual capacities;
City of New York ,
Defendants.

Case No. 202301185

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (42 U.S.C § 1983)

## INTRODUCTION

1.This is a civil rights action under  42 U.S.C. § 1983.  Plaintiff France was assaulted and unlawfully detained and forcibly sent to undergo a psychological assessment despite showing no signs of mental illness or need for psychiatric care by NYPD officers, and despite video evidence, the Civilian Complaint Review Board ("CCRB") dismissed Plaintiff's complaint through a biased and unfair process overseen by senior officials.

2.Rather than ensure accountability, the City of New York, through its Police Commissioner and Mayor, tolerated systemic misconduct and allowed those responsible to retire without consequence.

3.Plaintiff France seeks compensatory and punitive damages, declaratory judgement, and injunctive relief for violations of the Fourth and Fourteenth Amendments.

## JURISDICTION AND VENUE

• This Court has jurisdiction under 28 U.S.C. § 1331, 1343.
• Venue is proper in this District under 28 U.S.C. § 1391(b) because the events occurred in Brooklyn, NY

PARTIES

• Plaintiff Tai L. France is a resident of KINGS COUNTY, NEW YORK.
• Defendants Officers Brian Kalt, Brandon March are NYPD officers who assaulted Plaintiff France.
• Defendant Edward Caban was Police Commissioner during the relevant period, responsible for final oversight of NYPD discipline and CCRB matters.
• Defendant Eric Adams is Mayor of New York City, responsible for supervising the Police Commissioner and ensuring constitutional governance of the NYPD.
• Defendant City of New York is the municipal entity responsible for the policies and practices of the NYPD and CCRB.

FACTUAL ALLEGATIONS

4. On October 24, 2022, at or around 8:58 PM EST, Plaintiff France was physically assaulted and unlawfully detained by Officers Kalt and March; this incident occurred while plaintiff was simply standing within her apartment doorway; while on a unrelated phone-call. The entire incident was captured and recorded on a "Google Doorbell Camera" and a "Kangaroo Doorbell Camera". Somehow some of Plaintiff's France Video Footage Evidence was altered, edited .
5. Despite displaying no signs of mental illness, instability, or need for psychiatric care, Plaintiff France was forcibly taken to undergo a psychiatric care, Plaintiff was forcibly taken to undergo a psychological evaluation against their will.
6. The involuntary assessment was conducted without any medical justification, probable cause, or consent, and served no lawful purpose other than coercion and intimidation.
7. Plaintiff filed a complaint with the CCRB regarding these events.
8. Despite clear video evidence and the lack of any mental health justification, the CCRB dismissed Plaintiff's complaint in a biased and arbitrary manner.
9. Commissioner Edward Caban allowed this outcome, reflecting a deliberate indifference toward unlawful NYPD practices and biasely allowed a clear pattern of deliberate indifference toward police misconduct in this instance.
10. Mayor Eric Adams, despite obvious prior knowledge of systemic corruption and CCRB bias, permitted the Commissioner to retire without accountability, further fostering a culture of impunity and thereby endorsing a system that protects abusive officers.
11. The CCRB's flawed ruling compounded the harm suffered by Plaintiff, leaving Plaintiff without meaningful recourse, clearly demonstrating unconstitutional custom and policy within the City of New York.
12. As a result, Plaintiff France was deprived of meaningful review and suffered physical, emotional, and reputational harm.

CLAIMS FOR RELIEF

COUNT I — Excessive Force, Unreasonable Seizure/Detainment, and Forcible Psychological Assessment (Fourth Amendment)

13. Defendants Officers Kalt and March violated Plaintiff's Fourth Amendment rights by:

- Using unreasonable and excessive force.
- Unlawfully detaining Plaintiff without probable cause;
- Forcibly sending Plaintiff to a psychological assessment despite Plaintiff displaying no mental illness or need for psychiatric care, and without consent.

14. This conduct was objectively unreasonable, medically unjustified, and coercive.
15. Plaintiff suffered physical, emotional, and repetitional harm as a direct and proximate result.

COUNT II — Equal Protection (Fourteenth Amendment)

- Defendants' conduct was motivated by bias

COUNT III — Denial of Due Process (Fourteenth Amendment)

16. By allowing a biased CCRB process to stand and coercively imposing an unnecessary psychological assessment, Commissioner Edward Caban and the City of New York deprived Plaintiff of autonomy, mental integrity, and procedural fairness.

COUNT IV — Supervisory Liability (Commissioner & Mayor)

17. Commissioner Edward Caban and Mayor Adams, through deliberate indifference, fostered a system where unlawful detention, coerced psychological assessment of mentally healthy individuals, and biased complaint handling went unchecked directly contributing to Plaintiff's injuries.

COUNT V— Municipal Liability (Monell)

18. City of New York maintained unconstitutional customs and policies, including:

- Allowing biased CCRB procedures to persist;
- Permitting coercive and medically unnecessary psychological assessments;
- Failing to discipline officers;
- Allowing senior officials to retire without accountability;
- Fostering a culture of impunity enabling unlawful detention and coercive assessments.

PRAYER FOR RELIEF

PLAINTIFF SEEKS:

- Compensatory and punitive damages for physical, emotional, and constitutional harms,
- Declaratory judgment that Defendants' actions violated the Fourth and Fourteenth Amendments;
- Injunctive relief requiring reform of CCRB/NYPD policies to prevent coercive assessments of individuals without mental health needs;
- Attorneys' fees and costs under 42 U.S.C. § 1988;
- Any other relief the Court deems just and proper.

Dated: 10/01/2025

Signature:

Tai L France, Pro Se
1544 Park Place, Apt 2I, Brooklyn, NY 11213
(516) 376-7402
poshlifeacquisitionsllc@gmail.com

# EXHIBIT A

# AFTER VISIT SUMMARY



**Tai France** MRN: 100657

📍 IMC Psych Emergency

## Instructions

 **No changes were made to your medications.**

## Why you were hospitalized
Your primary diagnosis was: Not on File

 **Other instructions**
**Plan**

**1. Patient will discharged to home accompanied by sister, Ms**

**2. Psychoeducation regarding benefits of medication and aftercare compliance, the adverse effects and risks associated with substance abuse, and available community resources for substance abuse treatment were discussed.**

**3. Patient will follow up with her outpatient psychiatrist and therapist**

Or **Alternatively schedule appointment**

**AFTERCARE APPOINTMENT: PSYCHIATRIC**
**Center for Mental Health (CMH)**
**Name & Address: 1545 Atlantic Avenue, Brooklyn, NY 11213. 3rd Floor**
**Phone: (718)613-4490, 718-613-4486.**
**Clinic hours: Monday to Thursday 8am - 8pm, Friday 8am to 6pm, Saturday 8am to 4pm.**

**INSTRUCTION:**

- Patient was explained and provided with information regarding the risks, benefits, alternatives, and adverse effects of treatment
- Patient was educated about drug and alcohol use, its effects on mental health, the need for medication compliance, and outpatient follow up
- Patient was encouraged to comply with medication regimen and with their psychiatric and medical appointments

## Other instructions (continued)

- In case of new symptoms, thoughts about suicide/homicide, aggression, or any other crisis, patient was advised to contact their psychiatrist or therapist, or call 911, or 1-888-NYCWELL (1-888-692-9355), or text WELL to 65173, or National Suicide Prevention (1-800-273-8255), or go to nearest ED for assistance
- Patient expressed understanding and agreed
- Patient was informed that should they, a family member or friend be experiencing domestic violence or abuse, they may contact SAFE HORIZONS Domestic Violence Crisis Hotline (1-800-621-4673) for support and resources, or Rape, Abuse, and Incest National Network Sexual abuse Hotline (1-800-656-4673), or ACS Child Abuse Hotline (1-800-342-3720)
- Patient was informed that should they want help quitting smoking, they may contact 1-800-QUITNOW (1-800-784-8669), which is a free telephone support service that can help people who want to stop smoking or using tobacco, callers are routed to their state quit lines, which offer several types of smoking cessation information and services

### SARS-COVID-2020 Prevention Instruction:

The best way to prevent illness is to avoid being exposed to this virus. The Center for Disease Control recommends these everyday preventive actions to help prevent the spread of respiratory diseases:

- Wear a facemask.
- Cover your coughs and sneezes. Cover your mouth and nose with a tissue when you cough or sneeze. Throw used tissues in a lined trash can. Immediately wash your hands with soap and water for at least 20 seconds or, if soap and water are not available, clean your hands with an alcohol-based hand sanitizer that contains at least 60% alcohol.
- Clean your hands often: Wash your hands often with soap and water for at least 20 seconds, especially after blowing your nose, coughing, or sneezing; going to the bathroom; and before eating or preparing food. If soap and water are not readily available, use an alcohol-based hand sanitizer with at least 60% alcohol, covering all surfaces of your hands and rubbing them together until they feel dry.
- Clean all "high-touch" surfaces everyday. High touch surfaces include counters, tabletops, doorknobs, bathroom fixtures, toilets, phones, keyboards, tablets, and bedside tables. Also, clean any surfaces that may have blood, stool, or body fluids on them. Use a household cleaning spray or wipe, according to the label instructions. Labels contain instructions for safe and effective use of the cleaning product including precautions you should take when applying the product, such as wearing gloves and making sure you have good ventilation during use of the product.
- If you think you have been exposed to SARS-COVID-20 and develop a fever and symptoms of respiratory illness, such as cough or difficulty breathing, call your healthcare provider immediately.

## You are allergic to the following

| Allergen | Reactions |
|----------|-----------|
| Penicillins | Not Noted |

## Your Latest Vitals

| | | | |
|---|---|---|---|
| **Blood Pressure** 136/88 | **BMI** 34.70 | **Weight** 235 lb | **Height** 5' 9" |
| **Temperature (Oral)** 97.1 °F | **Pulse** 86 | **Respiration** 18 | **Oxygen Saturation** 100% |
| **BSA** 2.28 m² | | | |

## What's Next

You currently have no upcoming appointments scheduled.

## Medication List

You have not been prescribed any medications.

## Patient Signature

Signature: _Tai France_     Date: 10/24/2022

Print Name: TAI FRANCE     Relationship to Patient (if other than self): _____

**I, (Patient or Designee) have received discharge instructions and understand the information that has been given to me.**

## MyOneBrooklyn Sign-Up

Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

Go to **https://www.myonebrooklynhealth.org/Mychart/**, click "Sign Up Now", and enter your personal activation code: **H2XQ8-GQ7QC-3DJ2V**. Activation code expires 1/22/2023.

| Name | Address | Phone |
| --- | --- | --- |
| Interfaith Medical Center | 1545 Atlantic Ave<br>Brooklyn NY 11212-3139 | 718-613-4000 |

## Preventing Coronavirus (COVID-19)

**Call your doctor:** If you think you have been exposed to COVID-19 and develop a fever and symptoms of respiratory illness, such as cough or difficulty breathing, call your healthcare provider immediately.

There is currently no vaccine to prevent coronavirus disease 2019 (COVID-19). The best way to prevent illness is to avoid being exposed to this virus. The Center for Disease Control recommends these everyday preventive actions to help prevent the spread of respiratory diseases:

- Avoid close contact with people who are sick.

- Avoid touching your eyes, nose, and mouth.

- Stay home when you are sick.

- Cover your cough or sneeze with a tissue, then throw the tissue in the trash.

- Clean and disinfect frequently touched objects and surfaces using a regular household cleaning spray or wipe.

- Follow CDC's recommendations for using a facemask.
    - CDC does not recommend that people who are well wear a facemask to protect themselves from respiratory diseases, including COVID-19.
    - **Facemasks should be used by people who show symptoms of COVID-19** to help prevent the spread of the disease to others. The use of facemasks is also crucial for health workers and people who are taking care of someone in close settings (at home or in a health care facility).

- Wash your hands often with soap and water for at least 20 seconds, especially after going to the bathroom; before eating; and after blowing your nose, coughing, or sneezing.
    - If soap and water are not readily available, use an alcohol-based hand sanitizer with at least 60% alcohol. Always wash hands with soap and water if hands are visibly dirty.

**STAYING AWAY FROM PEOPLE WHEN YOU HAVE COVID-19 (CDC Jan. 2021)**

Staying Away from People When You Have COVID-19 (CDC updated Jan. 18, 2021)

Steps if You Have COVID-19 and Feel Sick:
Stay at home when you have COVID-19
Stay away from other people
Stay in your own room
Clean your own room
Use your own bathroom
Clean your own bathroom
Stay home until you feel better
Stay away from pets and service animals
You may have to stay home for awhile
You may have to stay home for 10 days
Tell someone if you are worried about how you feel
Some people need a COVID-19 test to know they are better
The health department may tell you to get a COVID-19 test

**STAYING AWAY FROM PEOPLE WHEN YOU HAVE COVID-19 (CDC Jan. 2021) (continued)**

Steps if You Have COVID-19 and Feel Well:
Stay at home when you have COVID-19
Stay away from other people
Stay in your own room
Clean your own room
Use your own bathroom
Clean your own bathroom
Stay away from pets and service animals
You may have to stay home for awhile
You may have to stay home for at least 10 days
Some people need a COVID-19 test to know they are better
A doctor may tell you to get a COVID-19 test
The health department may tell you to get a COVID-19 test

Be Safer After Being With a Person With COVID-19:
Stay home after being with a person with COVID-19
Stay home for 14 days
Watch for ways COVID-19 can make you feel sick
You may need to see a doctor if you feel sick
You may need to get a COVID-19 test
A doctor may tell you to get a COVID-19 test
The health department may tell you to get a COVID-19 test

People who are severely ill with COVID-19 or have severely weakened immune systems (immunocompromised) due to a health condition or medication:
- might need to stay home longer than 10 days and up to 20 days after symptoms appear
- may require testing to determine when they can be around others. Talk to your    healthcare provider for more information

Anyone who has had close contact with someone with COVID-19 and who meets the following criteria does NOT need to stay home:
- Someone who has been fully vaccinated and shows no symptoms of COVID-19
OR
- Someone who has had COVID-19 illness within the previous 3 months and has        recovered and remains without COVID-19 symptoms (example: cough, shortness of      breath)

Confirmed and Suspected Cases of Re-infection of the COVID-19 Virus
Cases of re-infection of COVID-19 have been reported but are rare.  In general re-infection means a person was infected (got sick) once, recovered and then later became infected again.  Based on what we know from similar viruses some re-infections are expected.


## 10/27/2022 - ED in Brooklyn Methodist Emergency (continued)

**Documents (continued)**

### After Visit Summary - Document on 10/27/2022 9:16 PM: AVS

Document (below)

---

AFTER VISIT SUMMARY

⌐ NewYork-Presbyterian

**Tai L France** MRN: 1010060036

🗓 10/27/2022  ◯ Brooklyn Methodist Emergency 718-780-3148

Instructions

 Read the attached information
1. Abrasions (ENGLISH)
2. Hematoma (ENGLISH)

 Referral to Patient Navigation
Expires: **11/26/2022 (requested)**

What's Next
You currently have no upcoming appointments scheduled.

You are allergic to the following

| Allergen | Reactions |
|---|---|
| **Penicillins** | Not Noted |

NYP Virtual Urgent Care
Get a quick diagnosis and treatment plan in minutes with Virtual Urgent Care: **nyp.org/urgentcare.**

ED Providers for your hospitalization

| Provider | ED Prov | Service | Role | Specialty |
|---|---|---|---|---|
| Jessica B Van Voorhees, MD | Yes | — | Attending Provider | Emergency Medicine |
| Faith Schwartz, PA | Yes | — | ED Physician Assistant | Physician Assistant |

Additional Contact Information
**Find a Physician at NYP:**
• **Contact:** 718-499-2273

**General Hospital Information:**
• **Hospital Emergency Department:** 718-780-3148

**ED Test Results/Prescription Issues:**
• **Contact:** 718-780-3148



Today's Visit
You were seen by JESSICA B. VAN VOORHEES, MD
Reason for Visit
Generalized Body Aches
Diagnosis
Pain

Blood Pressure
123/85

BMI
34.44

Weight
240 lb

Height
5' 10"

Temperature
98.4 °F

Pulse
83

Respiration
16

Oxygen Saturation
100%

Your Next Steps

📖 Read
☐ Read these attachments
• Abrasions (ENGLISH)
• Hematoma (ENGLISH)

Tai L France (MRN: 1010060036) • Printed at 10/27/2022 9:16 PM

Page 1 of 7  *Epic*


**NewYork-Presbyterian**

Case 1:25-cv-05658-RER-CHK    Document 1    Filed 10/08/25    Page 26 of 47 PageID #: 80

France, Tai L
MRN: 1010060036, DOB: 3/14/1981, Legal Sex: F
Adm: 10/27/2022, D/C: 10/27/2022

**10/27/2022 - ED in Brooklyn Methodist Emergency (continued)**

**Documents (continued)**

Additional Contact Information (continued)

**ED Radiology Results:**
- **Contact:** 718-780-5874

**Medical Records Department (for copies of charts):**
- **Contact:** 718-780-3381

**Patient Services:**
- **Contact:** 718-780-3375

**Hospital Billing Inquires:**
- **Contact:** 866-525-0101

**Network Recovery Services:**
- **Contact:** 800-845-5449

**Global Services:**
- **Contact:** 212-746-9100

Discharge Medications Safety Steps
**IMPORTANT - Medication Safety Steps for You to Follow**
Keep a list of all the medication you are taking including:
- Prescription medication ordered by your health care provider
- Over-the-counter medication (like Tylenol, Aspirin, Advil or Motrin, cold or cough   medication, antacids, laxatives)
- Dietary supplements such as:
    Vitamins (like vitamin C or E)
    Minerals (like calcium or iron)
    Herbal remedies (like ginko biloba)
It is important for you to have this medication list.  It will help your health care provider in making decisions related to your health conditions.  Bring your medications with you when possible.

Things you should do:
- Make a list of all medications you are taking - include the medication name and strength, amount you take, time to be taken and the reason you are taking this medication.
- Carry this medication list with you at all times in case of an emergency.
- Give this medication list to your health care provider at your next visit.
- Update this list each time when there is a change to your medication.
- If you have questions or need help updating your medication list, please ask your healthcare provider.

Smoking Cessation
Smoking is detrimental to your health. If you currently smoke or have smoked in the past 12 months, you are advised to stop. You are also advised to avoid exposure to second hand smoke. You may call the quit line at 1-888-609-6292 or 1-866-NYQUITS for help.

Tai L France (MRN: 1010060036) • Printed at 10/27/2022  9:16 PM                    Page 2 of 7    **Epic**

## X-RAY SPINE LUMBOSACRAL AP & LATERAL (Final result)    Result time 11/02/22 17:47:00

Final result by Richard Libes (11/02/22 17:47:00)

Narrative:

LUMBOSACRAL SPINE, 3 VIEWS

History: Reason for Exam?: low back pain, s/p fall

Findings/Impression:

Slight tilt. Slight straightening of the lumbar lordosis may reflect muscle spasm. Normal alignment. No fracture or dislocation. Pedicles are intact. Sacrum is intact. Minimal degenerative change.

## ED Medication Administration from 11/02/2022 1605 to 11/02/2022 1757

| Date/Time | Order | Dose | Route | Action | Action by | Comments |
|---|---|---|---|---|---|---|
| 11/02/2022 1730 EDT | acetaminophen (TYLENOL) immediate release tablet 975 mg | 975 mg | oral | Not Given | Cori Bopp, RN | -- |

## ED Current OP Medications

Medications Not Reviewed for this Encounter

## ED Current OP Medications

None

Medications not reviewed this encounter

## Discharge Orders

(From 11/02/22 1605 through 11/02/22 1757)

None

## Medication Comments

** No Medication Comments Found **

## Allergies (no verify date)

| Agent | Severity | Comments |
|---|---|---|
| Penicillin | High | |

## Follow Up Instructions

No data filed

## Discharge Instructions

Provider: Menachem Shalimhaiem, PA

# Back Pain [Acute Or Chronic]

**NEW YORK STATE** | **Office of Victim Services**

KATHY HOCHUL
Governor

ELIZABETH CRONIN ESQ.
Director

12/22/2023
Claim #: 827718
Crime Date: 9/12/2023
Claimant: Tai L France-Russell
Victim: Tai L France-Russell

Tai L France-Russell
1544 Park Pl Apt 2I
Brooklyn NY 11213

Dear Tai L France-Russell

We acknowledge receipt of your request to reopen the above noted claim.

A review of the file reflects that we do not have sufficient information to make a determination at this time.

Please submit the items indicated on the enclosed checklist and we will promptly reconsider your claim.

Please be advised that in order to assist you, OVS requires a separate application to be filed for each date of crime. Enclosed is a blank application for your convenience or you may file online at www.vsp.ovs.ny.gov. for the crime that occurred on 10/24/22.

We need additional information regarding the crime that occurred on 9/12/23. If you are disabled and receiving SSI payments, please submit a Social Security Disability award letter or a letter from your physician indicating your disability. The Doctor's letter must include a clear sentence that states that you are disabled; a description of your disability is not sufficient. In addition, the letter must indicate the period of your disability and to be eligible for OVS benefits, your disability period must include the date of the crime upon which your claim is based.

Sincerely,

Joana Romero
Crime Victim Specialist II
(718) 923-4350

Enclosure





  **Office of Victim Services**

**KATHY HOCHUL**
Governor

**ELIZABETH CRONIN ESQ.**
Director

**\*\* DECISION \*\***

11/22/2023

TAI L FRANCE-RUSSELL
1544 PARK PL APT 2l
BROOKLYN NY 11213

Claim#: 827718
Crime Date: 9/12/2023
Claimant: Tai L France-Russell
Victim: Tai L France-Russell

Dear Tai L France-Russell:

After reviewing the file and the evidence submitted, the Office of Victim Services (OVS) has reached the following decision.

State law requires that in most instances a crime victim between the ages of eighteen and sixty, who is not disabled, must have suffered a physical injury from the crime in order to receive an award. A review of your file indicates that you were not physically injured by the crime. In addition, you do not meet the exceptions to these criteria that would allow you to receive benefits. Therefore, this claim must be disallowed.

You may, within thirty (30) days after receiving this decision, request in writing an appeal to the Office of Victim Services.  Your request should explain the reason for your appeal and should be sent to the following address:

> **OFFICE OF VICTIM SERVICES**
> **AE Smith State Office Building**
> **80 South Swan Street, 2nd Floor**
> **Albany, New York  12210**

Very truly yours,

Office of Victim Services

  





## CIVILIAN COMPLAINT REVIEW BOARD
### 100 CHURCH STREET 10th FLOOR
### NEW YORK, NEW YORK 10007 ♦ TELEPHONE (212) 912-7235
www.nyc.gov/ccrb

ERIC L. ADAMS
MAYOR

ARVA RICE
INTERIM CHAIR

May 30, 2024

Tai France
1544 Park Place 2I
Brooklyn, NY 11213

Re: CCRB v. Police Officer Saskya Rodriguez
CCRB Case No. 202301185

Dear Tai France:

I write to inform you of the final determination regarding the complaint you filed with the Civilian Complaint Review Board (the "CCRB") on February 9, 2023, CCRB Complaint No. 202301185. After a thorough and independent investigation into your complaint, CCRB substantiated allegations of police misconduct and recommended discipline for the officer(s) involved in the incident. There are five levels of discipline which the Board may recommend. In ascending order of severity, they are: (1) Instructions (training at the command level); (2) Formalized Training (training at the Police Academy or Legal Bureau); (3) Schedule A Command Discipline; (4) Schedule B Command Discipline; and (5) Charges & Specifications. In this case, the Board recommended that Police Officer Saskya Rodriguez receive Substantiated (Command Discipline B).

In this case the Department ultimately issued Command Discipline - B (Vacation: 2 days).

Please contact the General Counsel's Office at (212) 912-7236 if you have any questions or concerns regarding this matter. The integrity and quality of the Police Department's service to the public depends, in large part, upon receiving information regarding the performance of police officers as they carry out their duties. The CCRB appreciates your willingness to participate in this extremely important process.

Thank you for your time and attention to this matter.

Sincerely,

Jonathan Darche
Executive Director

Enclosure

CIVILIAN COMPLAINT REPORT
PD 313-154 (Rev. 6-00)—Online    Ref. P.G. 207-31

| FOR POLICE DEPARTMENT USE ONLY | Jurisdiction: ☐ Ch. of Dept. Number. | ☐ C.C.R.B. | ☐ OTHER / SPECIFY | ☐ I.A.B. LOG # |
|---|---|---|---|---|

DATE OF OCCURRENCE 10/24/2022  TIME OF OCCURRENCE 8:53 pm  LOCATION OF OCCURRENCE 1544 Park Place apt # 2I, BKLYN, NY  BORO OF OCCURRENCE BROOKLYN

DAY OR WEEK/PCT OF OCCURRENCE Monday 17 PM  HOW COMPLAINT MADE ☐ In Person ☐ Mail ☐ Phone  RECEIVING COMMAND  DATE 09/21/2024  TIME 6:45pm

DATE REPORTED 09/21/2024  TIME 6:45pm  C.C.R.B. (NAME) NOTIFIED

FOR COMPLAINANT USE ONLY ☐ Victim ☐ Witness ☐ Relationship to Victim

PERSON ASSISTING INTERPRETER, REPRESENTATIVE  COMPLAINANT'S SURNAME RUSSELL-FRANCE  FIRST TAI

DATE OF BIRTH 03/14/81  SEX ☐M ☐F  RACE BLACK  M.O.B. ☐Yes ☐No  ATTORNEY RETAINED ☐Yes ☐No  COMPLAINANT'S ADDRESS 1544 PARK PLACE, APT # 2I, BKLYN, NY 11213

BOROUGH Brooklyn  ZIP CODE 11213  APT. NO. APT 2I  HOME PHONE 516 376-7402  BUSINESS PHONE

Police Department Member Complained of (if unknown include specific description e.g., race, age, eye/hair color, type of clothing worn and the type of duty performed e.g., foot, traffic enforcement, auto, detective). If more than one officer complained of, state specific number of police officers complained of, as opposed to the number of officers that may have been in a back up role.

| RANK | NAME (OR DESCRIPTION AND ASSIGNMENT IF UNIDENTIFIED) | COMMAND VEH # | SHIELD/TAX NO. |
|---|---|---|---|
| Police officer | March | | |
| Police officer | Kalt | | |

| WITNESS / VICTIM SURNAME Longsile | FIRST Doorbell/cameras | DATE OF BIRTH N/A | SEX ☐M ☐F | RACE | M.O.S. ☐Yes ☐No | ATTORNEY RETAINED ☐Yes ☐No |
| ADDRESS | | | BORO | ZIP CODE | APT. NO |

HOME PHONE  BUSINESS PHONE

| WITNESS / VICTIM SURNAME | FIRST | DATE OF BIRTH | SEX ☐M ☐F | RACE | M.O.S. ☐Yes ☐No | ATTORNEY RETAINED ☐Yes ☐No |
| ADDRESS | | | BORO | ZIP CODE | APT. NO. |

HOME PHONE  BUSINESS PHONE

DETAILS (Briefly describe the incident, if complaint occurred within New York City, indicate community / county / state of residence.)

On Monday, October 24 2022 on or around 8:58pm EST I was standing in my apartments entryway door and I was on a unrelated phone call and was approached by officer Kalt and officer March and told while on the phone that I need to be accessed this statement was made by officer Katt. I then turned towards my apartment to rest my bag down and was blitz charged by both officers and physically detained by them officer Katt pulled me dug his thumb into my wrist and forcefully illegally out of my apartment and detained me and me accessed

COMPLAINANT'S SIGNATURE  NAME PRINTED  DATE 09/21/2024

TITLE AND SIGNATURE OF MEMBER RECEIVING COMPLAINT

OTHER FORMS PREPARED AND COPIES ATTACHED:
☐ SPRINT JOB  ☐ COMMAND LOG ENTRY  ☐ UNUSUAL OCCURRENCE
☐ C/A/S WORKSHEET  ☐ ACCIDENT #  ☐ MEMO BOOK ENTRY
TITLE AND SIGNATURE OF REVIEWING SUPERVISOR

☐ MEDICAL TREATMENT OF PRISONER  ☐ DOMESTIC INCIDENT #  ☐ COMPLAINT REPORT #  ☐ STOP & FRISK #
NAME PRINTED

☐ DEPT. PHOTOS  ☐ SUMMONS  ☐ AIDED #  ☐ ROLL CALLS  ☐ OTHER  TAX #  DATE

INSTRUCTIONS FOR COMPLAINANT: Prepare this report in your own handwriting. You will immediately receive a printed copy as your receipt.



MOUNT SINAI BROOKLYN
3201 KINGS HWY
BROOKLYN NY 11234-2625
ED Record Only

France, Tai L
MRN: F845846, DOB: 3/14/1981, Legal Sex: F
Acct #: 830343924
Adm: 11/2/2022, D/C: 11/2/2022

## Visit ID

830343924

## ED Arrival Information

| Expected | Arrival | Acuity |
|---|---|---|
| - | 11/2/2022 16:05 | Urgent (3) |

| Means of arrival | Escorted by | Service | Admission type |
|---|---|---|---|
| By Personal Means | - | Emergency Medicine | Emergency Department |

Arrival complaint
ASSAULT VICTIM

## Admission Source

Non-Healthcare Facility [27]

## Patient Visit Locations

Mount Sinai Brooklyn

## Chief Complaint

| Complaint | Comment |
|---|---|
| Assault Victim | Pt claimed she was assaulted last monday and needs an XRay of lower back and left foot, complaining of pain. |

## Clinical Impression

| Diagnosis | Comment |
|---|---|
| Foot pain, left | |
| Left-sided low back pain without sciatica, unspecified chronicity | |

## ED Disposition

| ED Disposition | Condition | Comment |
|---|---|---|
| AMA | -- | Nursing Home or Assisted Living?: None |
| | | Diagnosis: Foot pain, left [401386] |

## �👥 ED Treatment Team

| Provider | Role | From | To | Phone | Pager |
|---|---|---|---|---|---|
| Gregory Fernandez, MD | Attending Provider | 11/02/22 1607 | -- | 877-372-4161 | -- |
| Menachem Shalimhaiem, PA | Physician Assistant | 11/02/22 1619 | -- | 212-241-6500 | -- |
| Cori Bopp, RN | Registered Nurse | 11/02/22 1639 | -- | 347-897-1419 | -- |

## ⟳ Medical History

### Past Medical History

| Diagnosis | Date | Comments |
|---|---|---|
| Ear infection [H66.90] | | |

## Pertinent Negatives

· Pt signing AMA refusing to wait for results. PA aware. Documentation signed and charted.
Signed by Cori Bopp, RN on 11/02/22 1749

## ED Course

| Value | Comment | By | Time |
|-------|---------|-----|------|
| 📝 | Patient states she does not want wait for results, wants to go home, declined Tylenol, says she will follow up with medical records for the results, patient understands risks of leaving against medical advice including fracture or delayed healing, A&O x3, sign AMA papers and will follow-up PCP. | Menachem Shalimhaiem, PA | 11/02 1744 |

## ED Orders

(From 11/02/22 1605 through 11/02/22 1757)

| Start | Ordered | | Status | Ordering Provider |
|-------|---------|--|--------|-------------------|
| 11/02/22 1748 | 11/02/22 1747 | **Discharge AMA Patient from ED** ONCE | Completed by BOPP, CORI on 11/2/2022 at 5:57 PM | SHALIMHAIEM, MENACHEM |
| 11/02/22 1747 | 11/02/22 1746 | **Discharge Patient** ONCE | Completed by BOPP, CORI on 11/2/2022 at 5:57 PM | SHALIMHAIEM, MENACHEM |
| 11/02/22 1714 | 11/02/22 1713 | **Pregnancy, Urine, Qualitative** ONCE | Acknowledged | SHALIMHAIEM, MENACHEM |
| 11/02/22 1713 | 11/02/22 1713 | **XR Foot Left, Complete; Minimum Of 3 Views** 1 TIME IMAGING | Final result | SHALIMHAIEM, MENACHEM |
| 11/02/22 1713 | 11/02/22 1713 | **X-Ray Spine Lumbosacral Ap & Lateral** 1 TIME IMAGING | Final result | SHALIMHAIEM, MENACHEM |

## Laboratory Results (11/2/2022 - 11/2/2022)

No results found

## Imaging Results

### XR FOOT LEFT, COMPLETE; MINIMUM OF 3 VIEWS (Final result)    Result time 11/02/22 17:44:00

Final result by Richard Libes (11/02/22 17:44:00)

Narrative:

History: Reason for Exam?: left foot pain s/p trauma]

Technique: Left] foot, [3] views

Findings/Impression:

No acute fracture or dislocation. Lisfranc joint is intact. Plantar calcaneal spur. Slight degenerative change. Localized soft tissue swelling over the midfoot. Phleboliths adjacent to the distal tibia.





400 Buckwalter Place Boulevard
Bluffton, SC 28910

eviCore healthcare   Healthfirst Medicaid Managed Care Plan
100 Church Street, New York, NY 10007
1 866 463 6743
TTY 1 888 542 3821

APPROVAL NOTICE

11/30/2023

TAI FRANCE
1544 PARK PL APT 2I
BROOKLYN, NY 11213

Enrollee ID:            XS96873R
Coverage Type:          Healthfirst Medicaid Managed Care Plan
Service:                Radiology Services   Valid from 11/30/2023 to 1/14/2024
Provider:               DR. SALVATORE GAUDINO
Facility:               LENOX HILL RADIO MEDIMAGI
Plan Reference Number:  A205337910

Dear TAI FRANCE,

You are getting this notice because your health plan has now approved your:

Valid from 11/30/2023 to 1/14/2024

| Procedure | Description | Units Requested | Units Approved |
|---|---|---|---|
| 73721 | Magnetic Resonance Imaging (MRI), a special kind of picture of your hip, knee or ankle without contrast (dye) | 1 | 1 |

On 11/30/2023, you asked Healthfirst Medicaid Managed Care Plan for the service listed above.

eviCore healthcare (eviCore) on behalf of Healthfirst Medicaid Managed Care Plan has decided this service is medically necessary.

MCD17  149(a)

Page 2 of 5

Jul 10, 2025 09:20          To: +16463134618_          Page: 26/39          From: 7184512797          Fax: 17184512797



**healthfirst**
Health Insurance for New Yorkers
400 Buckwalter Place Boulevard
Bluffton, SC 29910



Date:  11/30/2023                                    **CONFIDENTIAL**

TAI FRANCE
1544 PARK PL APT 2I
BROOKLYN, NY 11213



CCN                                                    HFST0109



**AHAVA**
MEDICAL & REHABILITATION
URGENT CARE CENTER

DATE: 06/24/2025

Patient: France, Tai

To Whom It May Concern:

This letter is to inform that the above-named patient has been under my medical care since January 21, 2025 to the present with a history of chronic neck, lower back and left ankle pain. During this period, she received treatments in our office

As per patient's specific request, the following are the total number of visits:

Neck with a total of 6 visits, lower back with a total of 8 visits and left ankle with a total of 6 visits.

AHAVA MEDICAL
2577 Nostrand Ave, Brooklyn NY

Ahava Medical & Rehab. LLC
2577 Nostrand Avenue
Brooklyn, NY 11210
Tel: 718-338-1800





# CIVILIAN COMPLAINT REVIEW BOARD
### 100 CHURCH STREET 10th FLOOR
### NEW YORK, NEW YORK 10007 ♦ TELEPHONE (212) 912-7235
### www.nyc.gov/ccrb

**ERIC L. ADAMS**
MAYOR

**ARVA RICE**
INTERIM CHAIR

December 15, 2023

Tai France
1544 Park Place 21
Brooklyn, NY 11213

CCRB Case Number: 202301185
CCRB Squad Manager: Patrick Yu - *pyu@ccrb.nyc.gov*

Dear Tai France:

The Civilian Complaint Review Board has concluded its thorough investigation of the incident you were involved in. The staff of the CCRB recognizes the meaningful contribution you made by telling your story so this investigation could move forward. After reviewing all of the evidence gathered throughout the investigation, which includes your testimony, the Board of the CCRB has come to the findings (see below) of the allegations regarding this incident. There is an enclosed form that lists what each of the potential outcomes of an investigation is, and explains what each outcome means.

In your case, the investigation determined that at least one of the allegations that occurred was misconduct (substantiated). Under New York City law, all of the allegations in this case will be forwarded to the Police Commissioner, who has the authority to actually impose discipline against an officer; the CCRB can only make recommendations regarding discipline.

Please be aware that in certain cases police officers are entitled by law to an administrative hearing before the Department can impose disciplinary penalties; in such case any civilian involved in an incident may be asked to testify at an administrative proceeding.

| Allegation(s) by letter: | Board Finding(s): |
|---|---|
| A) **Abuse of Authority:** Police Officer Brian Kalt forcibly removed Tai France to the hospital. | Within NYPD Guidelines |
| B) **Abuse of Authority:** Police Officer Brandon March forcibly removed Tai France to the hospital. | Within NYPD Guidelines |
| C) **Abuse of Authority:** Police Officer Brandon March entered 1544 Park Place, Apt. 21 in Brooklyn. | Within NYPD Guidelines |
| D) **Abuse of Authority:** Police Officer Brandon March entered 1544 Park Place, Apt. 21 in Brooklyn. | Within NYPD Guidelines |
| E) **Force:** Police Officer Brandon March used physical force against Tai France. | Within NYPD Guidelines |
| F) **Force:** | Within NYPD Guidelines |

CCRB CTS - Confidential

Police Officer Brian Kalt used physical force against Tai France.

G) Force:
Police Officer Brandon March used physical force against Tai France.                    Unfounded

H) Force:
Police Officer Brian Kalt used physical force against Tai France.                       Unfounded

I) Force:
Police Officer Brian Kalt used physical force against Tai France by digging his thumbnail into her wrist.          Unable to Determine

J) Abuse of Authority:
Police Officer Brian Kalt damaged Tai France's property.                                Unable to Determine

K) Abuse of Authority:
Police Officer Brian Kalt frisked Tai France.                                           Within NYPD Guidelines

L) Abuse of Authority:
Police Officer Saskya Rodriguez frisked Tai France.                                     Within NYPD Guidelines

M) Abuse of Authority:
Police Officer Saskya Rodriguez searched Tai France.                                    Substantiated (Command Discipline A)

N) Abuse of Authority:
Police Officer Saskya Rodriguez failed to provide Tai France with a business card.      Substantiated (Command Discipline A)

**Officer Penalty Recommendations:**

The Board's penalty recommendation takes into account all of the allegations substantiated against the officer, as well as the officer's disciplinary history.

PO Saskya Rodriguez                                         Substantiated (Command Discipline B)

If you have any questions about the current status of your case at the Police Department, please contact the CCRB at (212) 912-7235.

CCRB CTS - Confidential

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

TAI L. FRANCE, (PRO SE)
PLAINTIFF,

V.

OFFICER BRIAN KALT, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES;
OFFICER BRANDON MARCH, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES;
COMMISSIONER EDWARD CABAN, IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES;
MAYOR ERIC ADAMS, IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES;
CITY OF NEW YORK

DEFENDANTS.

CIVIL ACTION NO.: _____

## SUMMONS IN A CIVIL ACTION

TO THE ABOVE-NAMED DEFENDANTS:

YOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE UPON PLAINTIFF,
TAI L. FRANCE, 1544 PARK PLACE APT #2I, BROOKLYN, NY 11213,
EMAIL: POSHLIFEACQUISITIONSLLC@GMAIL.COM, AN ANSWER TO THE COMPLAINT
WHICH IS HEREWITH SERVED UPON YOU, WITHIN 21 DAYS AFTER SERVICE
OF THIS SUMMONS UPON YOU, EXCLUSIVE OF THE DAY OF SERVICE.

IF YOU FAIL TO RESPOND WITHIN THIS TIME, JUDGEMENT BY DEFAULT
WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE
COMPLAINT.

· THIS SUMMONS IS ISSUED PURSUANT TO (FED. R. CIV. P. 4(e), 4(i)(2))

# INSTRUCTIONS

- THIS Summons is issued PURSUANT TO Fed. R. Civ P. 4.

- PLAINTIFF MAY USE A U.S. MARSHAL OR LICENSED PROCESS SERVER FOR EACH DEFENDANT.

- FILE PROOF OF SERVICE WITH THE COURT, INDICATING WHICH DEFENDANTS WERE SERVED PERSONALLY (INDIVIAL CAPACITY) AND WHICH VIA CORPORATION COUNSEL (OFFICIAL CAPACITY).

- EACH DEFENDANT MUST ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT WITHIN 21 days OF SERVICE (FED. R. Civ. P. 12(a)(1)).

DATED : _____

_____

TAI L FRANCE, PRO SE
1544 PARK PLACE APT 2I,
BROOKLYN, NY 11213
(516) 376-7402
poshlifeacquisitionsllc@gmail.com

PLAINTIFF INFORMATION (PRO SE)

- NAME: TAI L. FRANCE
- ADDRESS: 1544 PARK PLACE APT #2I, BROOKLYN, NY 11213
- PHONE: 516 376-7402
- EMAIL: Poshlifeacquisitionsllc@gmail.com

DEFENDANT SERVICE INSTRUCTIONS

1. OFFICER BRIAN KALT (INDIVIDUAL AND OFFICIAL CAPACITIES)
   - INDIVIDUAL CAPACITY: SERVE AT 77th PRECINCT, 127 Utica Avenue, BROOKLYN, NY 11213 (OR OTHER KNOWN NYPD ASSIGNMENT) PURSUANT TO FED. R. CIV. P. 4(e).
   - OFFICIAL CAPACITY: SERVE AT CORPORATION COUNSEL, CITY OF NEW YORK, 100 CHURCH STREET, NEW YORK, NY 10007 PURSUANT TO Fed. R. Civ. P. 4(i)(2)

2. OFFICER BRANDON MARCH (INDIVIDUAL AND OFFICIAL CAPACITIES)
   - INDIVIDUAL CAPACITY: SERVE AT 77th PRECINCT, 127 UTICA AVENUE, BROOKLYN, NY 11213 (OR OTHER KNOWN NYPD ASSIGNMENT) PURSUANT TO Fed. R. Civ. P. 4(e).
   - OFFICIAL CAPACITY: SERVE AT CORPORATION COUNSEL, CITY OF NEW YORK, 100 CHURCH STREET, NEW YORK, NY 10007 PURSUANT TO Fed. R. Civ. P. 4(i)(2).

3. POLICE COMMISSIONER EDWARD CABAN (INDIVIDUAL AND OFFICIAL CAPACITIES)
   - SERVE CORPORATION COUNSEL, 100 CHURCH STREET, NEW YORK, NY 10007 PURSUANT TO Fed. R. Civ. P. 4(i)(2).

4. MAYOR ERIC ADAMS (INDIVIDUAL AND OFFICIAL CAPACITIES)
   - SERVE CORPORATION COUNSEL, 100 CHURCH STREET, NEW YORK, NY 10007 PURSUANT TO Fed. R. Civ. P. 4(i)(2).

5. CITY OF NEW YORK
   - SERVE CORPORATION COUNSEL, 100 CHURCH STREET, NEW YORK, NY 10007 PURSUANT TO Fed. R. Civ. P. 4(i)(2).

# CIVIL COVER SHEET (JS-44)

- PLAINTIFF: TAI L. FRANCE, BROOKLYN, NY

- DEFENDANTS: MAYOR ADAMS, COMMISSIONER EDWARD CABAN, CITY OF NY, OFFICERS MARCH & KALT

- JURISDICTION: 1331 (FEDERAL QUESTION)

- NATURE OF SUIT: CIVIL RIGHTS - OTHER (CODE 440)

- ATTORNEY: PRO SE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

TAI L. FRANCE
PLAINTIFF, Pro Se,


V.

Civil Action No. -CV-


Officer Brian Kalt, in his individual and official capacities;
Officer Brandon March, in his individual and official capacities;
Commissioner Edward Caban, in his individual and official capacities;
Mayor Eric Adams, in his individual and official capacities;
City of New York

NOTICE OF PRO SE APPEARANCE

I, TAI L. FRANCE, HEREBY APPEAR IN THIS ACTION AS A PRO SE
PLAINTIFF AND REQUEST THAT ALL NOTICES, PLEADINGS, ORDERS,
AND OTHER PAPERS IN THIS MATTER BE SERVED UPON ME AT THE
FOLLOWING ADDRESS:

1544 PARK PLACE APT #2I
BROOKLYN, NEW YORK 11213
telephone: 516 376-7402
Email: poshlifeacquisitionsllc@gmail.com

I UNDERSTAND THAT BY APPEARING PRO SE, I AM RESPONSIBLE FOR
COMPLYING WITH ALL COURT RULES AND PROCEDURES.

DATED: OCTOBER    8th                    ,2025
CITY: BROOKLYN, NY


TAI L FRANCE
PLAINTIFF, Pro Se


1544 PARK PLACE APT#2I
BROOKLYN, NEW YORK 11213
(516) 376-7402
poshlifeacquisitionsllc@gmail.com

TAI L FRANCE
1544 PARK PLACE APT#2I
BROOKLYN, NY 11213
(516) 376-7402
poshlifeacqusitionsllc@gmail.com


DATE:


CLERK OF COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
PRO SE INTAKE OFFICE
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201


RE: FILING OF COMPLAINT AND NOTICE OF PRO SE APPEARANCE

PLAINTIFF: TAI L. FRANCE

DEFENDANT(S):   OFFICER BRIAN KALT, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES
                OFFICER BRANDON MARCH, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES
                COMMISSIONER EDWARD CABAN, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES
                MAYOR ERIC ADAMS, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES
                CITY OF NEW YORK

DEAR CLERK:


PLEASE FIND ENCLOSED FOR FILING IN THE ABOVE-REFERENCED MATTER:

1. COMPLAINT (ORIGINAL AND COPIES AS REQUIRED),
2. NOTICE OF PRO SE APPEARANCE,
3. APPLICATION TO PROCEED IN FORMA PAUPERIS (IFP) AND
4. ANY ADDITIONAL SUPPORTING DOCUMENTS REQUIRED BY THE COURT.

I AM FILING THIS CASE AS A PRO Se PLAINTIFF.

KINDLY PROCESS THESE DOCUMENTS AND RETURN A FILE-STAMPED COPY OF THE COMPLAINT AND NOTICE OF PRO SE APPEARANCE FOR MY RECORDS.

THANK YOU FOR YOUR ATTENTION AND ASSISTANCE.

RESPECTFULLY SUBMITTED,


TAI L. FRANCE
PLAINTIFF, PRO SE
1544 PARK PLACE APT#2I
BROOKLYN, NY 11213
(516) 376-7402
poshlifeacquisitionsllc@gmail.com